**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

RAY ALVIN HUNDLEY,

Plaintiff,

v. CIVIL ACTION NO. 3:18-1542

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,[1]

Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Claimant's request for reversal or remand (ECF No. 16), grant Defendant's request to affirm the decision of the Commissioner (ECF No. 18); affirm the final decision of the Commissioner; and dismiss this matter from this Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Claimant's request for reversal or remand (ECF No. 16), **GRANTS** Defendant's request to affirm the decision of the Commissioner (ECF No. 18); **AFFIRMS** the final decision of the Commissioner; and **DISMISSES** this matter from this Court's

[1]Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also, Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (stating action survives regardless of any change in the person occupying the Office of the Commissioner of Social Security).

docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: August 2, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE